440 A.2d 1189

**COMMONWEALTH of Pennsylvania,**

v.

**Carolyn WEBB, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 18, 1982.

Decided Feb. 19, 1982.

Timothy H. Knauer, West Chester, court appointed, for appellant.

Lee Ruslander, Chief, Appeals Div., Joseph W. Carroll, III, West Chester, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

344

### ORDER

PER CURIAM:

Judgment of sentence affirmed.